IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00144-WYD-MJW

MICHAEL D. RUDNICK and ANN K. SMITH RUDNICK,

Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, as SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, TRUSTEE UNDER THE POOLING AND SERVICE AGREEMENT DATED AS OF FEBRUARY 1, 2007, GSAMP TRUST 2007-NC-1; LITTON LOAN SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PUBLIC TRUSTEE OF DENVER COUNTY; and All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

Defendants.

---

## ) ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT (Docket pe. 27)

---

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint, and the Court having reviewed the Motion, record, and pleadings herein, it is hereby

ORDERED:

The Motion so GRANTED. The proposed Second Amended Complaint shall be deemed filed in the date of this Order. Plaintiffs shall serve said Second Amended Complaint on the Public Trustee of Denver County within 30 days of this Order.

DATED: July 12, 2010

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1