IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00144-WYD-MJW

MICHAEL D. RUDNICK, and
ANN K. SMITH RUDNICK,

Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,
LITTON LOAN SERVICING, LP,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
PUBLIC TRUSTEE OF DENVER COUNTY,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Leave to Amend ¶5 of Second Amended Complaint and Extend Defendant Public Trustee's Answer Date (Docket No. 40) is granted. The tendered Third Amended Complaint (Docket No. 40-1) is accepted for filing as of the date of this Minute Order.

Date: August 25, 2010