IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00144-WYD-MJW

MICHAEL D. RUDNICK, and
ANN K. SMITH RUDNICK,

Plaintiff(s),

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,
LITTON LOAN SERVICING, LP,
NEW CENTURY MORTGAGE CORPORATION,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
PUBLIC TRUSTEE OF DENVER COUNTY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Stipulated Motion to Modify Scheduling Order to Allow Completion of Ongoing Settlement Discussions, DN 50, filed with the Court on November 11, 2010, is GRANTED.

The Scheduling Order entered by this Court on April 26, 2010, is modified as follows:

1. Rescheduled depositions of defendants shall be completed no later than January 14, 2011;

2. The dispositive motion deadline is extended up to and including January 21, 2011;

3. The Final Pretrial Conference set on January 18, 2011, at 8:30 a.m., is VACATED. The parties shall contact the court via joint telephone conference call on or before November 23, 2010 to obtain new dates and reset the Final Pretrial Conference. The Court's telephone number is (303) 844-2403.

Date: November 16, 2010