IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00144-WYD-MJW

MICHAEL D. RUDNICK,
ANN K. SMITH RUDNICK,

Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, as SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, TRUSTEE UNDER THE POOLING AND SERVICE AGREEMENT DATED AS OF FEBRUARY 1, 2007, GSAMP TRUST 2007-NC-1;
LITTON LOAN SERVICING, LP;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
PUBLIC TRUSTEE OF DENVER COUNTY

Defendants.

---

**NOTICE OF RULE 30(b)(5) & (6) DEPOSITION**

---

TO: Defendant, Litton Loan Servicing, L.P.
through its attorneys,
E. Dwight Taylor
Beverly L. Edwards
Edwards and Taylor, LLC
2851 S. Parker Road, Suite 1200
Aurora, CO   80014

Please take notice pursuant to F.R.Civ.P.30(b)(5) & (6) that the Defendant shall, at the time, date and place set out herein designate and produce a person to provide competent and knowledgeable testimony concerning the following matters:

1. The Servicing of Michael and Ann Rudnick's account, in all respects and particulars, including, but not limited to, a detailed accounting of Michael and Ann

1

    Rudnick's account with Litton Loan Servicing, matters addressed in documents specified below, and including, but not limited to, any and all documents, communications, and conduct involved in or related to consideration of Michael and Ann Rudnick for a loan modification, reformation, refinance, or forbearance under the Federal Home Affordable Modification Program (HAMP) or any other program for modification reformation, refinance, or forbearance related to the Rudnicks' loan, and the decision to initiate a foreclosure action against Michael and Ann Rudnick.

    2.    The decisions to consider, or not consider, Michael and Ann Rudnick for a loan modification, reformation, refinance, or forbearance under the Federal Home Affordable Modification Program (HAMP) or any other program for modification reformation, refinance, or forbearance related to the Rudnicks' loan.

    3.    The nature of the legal relationship between Litton Loan Servicing and Defendant Bank of America and Defendant Mortgage Electronic Registration Systems, Inc.

Defendant must designate one or more individuals to testify concerning these matters and shall set forth, for each person designated, the matters upon which that person will testify. The person so designated shall testify as to matters known or reasonably available to the Defendant .

Pursuant to F.R.Civ.P. 30(b)(5) Defendant shall produce at the time and place set out below, the following documents (including electronically stored documents or information):

    1.    Any and all documents indicating any sale, transfer, funding source, legal and beneficial ownership, charges, credits, debits, transactions, reversals, actions, payments, analyses and records related to the servicing of Michael and Ann Rudnick's account from its origination to the present date.

    2.    For each record kept on computer or in any other electronic file or format, please provide a paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on the above-referenced account and Michael and Ann Rudnick.

    3.    Payment history on the above-referenced account, including an itemization of applications of all amounts paid by Michael and Ann Rudnick to principal, interest, taxes, insurance, escrow, and any fees or charges claimed to be owed by you or any trust or entity you may service or sub-service for.

    4.    For any increases or decreases in the amounts of monthly payments, outstanding principal balance, escrow payments, or amounts applied to interest,

kindly explain the reason for any such increases or decreases, with references to pertinent legal or contractual authority for any such increases or decreases.

5.     Any and all "Pooling and Servicing Agreements" and "Servicing Agreement(s)" between Defendant Litton Loan Servicing and Defendant Bank of America related Michael and Ann Rudnicks' account.

6.     All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel or Fidelity CPI system, Lender Processing Services, Inc., or any other similar mortgage servicing software or service used by you, any servicers, or sub-servicers of this mortgage account from the inception of this account to the date of deposition.

7.     All assignments, transfers, allonges, or other documents evidencing a transfer, sale or assignment of the Deed of Trust, monetary instruments or other documents that secure payment by Michael and Ann Rudnick to the obligations in this account from the inception of this account to the present date including any such assignment on MERS.

8.     All records, electronic or otherwise, of assignments of the Deed of Trust, promissory Note, monetary instruments or servicing rights to this account, including any such assignments on MERS.

9.     All letters, statements and documents sent to Michael and Ann Rudnick by agents, attorneys or representatives of your company.

10.    All electronic transfers, assignments and sales of the note/asset, mortgage, deed of trust or other security instrument.

11.    All copies of property inspection reports, appraisals, BPOs and reports done on the subject property.

12.    All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this account from the inception of this account to the present date.

13.    The accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date so that experts can decipher the data provided.

14.    For each accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present

     date, please provide the name and address of the company that designed and sold the system.

     15.    Policies, procedures, contracts, agreements and other documents related to you loan modification, reformation, refinance, or forbearance programs and activities under the Federal Home Affordable Modification Program (HAMP) or any other program for modification reformation, refinance, or forbearance on loans serviced by you.

The Defendant shall produce these witnesses and documents at the office Litton Loan Servicing, 4828 Loop Central Drive, Houston, Texas 77081, or, at Defendant's option at the offices of its Counsel at 2851 S. Parker Road, Suite 1200, Aurora, CO 80014, on January 11, 2011, at 9:00 a.m., or at another mutually agreed upon time and place.

Respectfully submitted this 10th day of December, 2010.


THE GASPER LAW GROUP
*(A duly-signed original is on file at the office of The Gasper Law Group)*

/s/Stephen A. Brunette

_____
Stephen A. Brunette
128 S. Tejon Street, Suite 100
Colorado Springs, Colorado 80903
Phone: (719) 634-7878
Fax: (719) 358-5515
Email: stephen@brunettelaw.com
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2010, I forwarded a true and correct copy of the foregoing via regular U. S. Mail, first-class postage prepaid thereon, and via e-mail, to:

E. Dwight Taylor
Beverly L. Edwards
Edwards & Taylor , LLC
2851 South Parker Road, #1200
Aurora, CO 80014
Phone: 303-750-2303

bedwards@et-law.com
dtaylor@et-law.com

                          THE GASPER LAW GROUP
                          *(A duly-signed original is on file at*
                          *the office of The Gasper Law Group)*

                          */s/Stephen A. Brunette*
                          _____
                          Stephen A. Brunette

Case 1:10-cv-00144-WJM -MJW   Document 69-1   Filed 03/08/11   USDC Colorado   Page 5 of 5