# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  10-cv-00144-WJM- MJW              FTR - Courtroom A-502

**Date:**   May 13, 2011                                Courtroom Deputy, Ellen E. Miller

   *Parties*                                            *Counsel*

MICHAEL D.  RUDNICK, and                                Stephen A.  Brunette
ANN K.  SMITH RUDNICK,                                  Nan S. Scranton

   Plaintiff(s),

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,                  E. Dwight Taylor
as Successor by Merger to LaSalle Bank, National
Association, Trustee under the Pooling and
Service Agreement Dated as of February 1, 2007,
GSAMP Trust 2007-NC-1,
LITTON LOAN SERVICING, LP,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,   and
PUBLIC TRUSTEE OF DENVER COUNTY, and
All Unknown Persons Who Claim Any Interest in
the Subject Matter of this Action,

   Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTIONS   HEARING
**Court in Session:  9:00 a.m.**
Court calls case.  Appearances of counsel.  It is noted a Disclaimer was filed September 14, 2010 [Docket No. 45] by  Defendant Stephanie Y. O'Malley, Public Trustee for the City and County of Denver, State of Colorado.

The Court raises  Plaintiffs' Motion for An Order Compelling Discovery Under Fed. R. Civ. P. 37(a) [docket no. 69] and  Plaintiffs' Motion for Sanctions Against Defendants Bank of America and Litton Under Fed. R. Civ. P. 37(d) [docket no. 70] for oral argument.

Arguments on behalf of plaintiffs by Mr. Brunette.

Arguments on behalf of defendants by Mr. Taylor.

*10-cv-00144-WJM-MJW*
*Motions Hearing*
*May 13, 2011*

**It is ORDERED:**  Plaintiffs' Motion for An Order Compelling Discovery Under Fed. R. Civ. P. 37(a) [docket no. **69**, Filed March 08, 2011] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:**  Plaintiffs' Motion for Sanctions Against Defendants Bank of America and Litton Under Fed. R. Civ. P. 37(d) [docket no. **70**, Filed March 08, 2011] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

Hearing concluded.

**Court in recess:**  9:43 a.m.
Total In-Court Time 00:43

To order a transcript of this proceedings, contact Avery Wood Reports  (303) 825-6119  or  Toll Free  1-800-962-3345.