IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00144-WJM-MJW

MICHAEL D.  RUDNICK and
ANN K.  SMITH RUDNICK,

Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,
as SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION,
TRUSTEE UNDER THE POOLING AND SERVICE AGREEMENT DATED AS OF
FEBRUARY 1, 2007, GSAMP TRUST 2007-NC-1;
LITTON LOAN SERVICING, LP;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
PUBLIC TRUSTEE OF DENVER COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,
Defendants.

Defendants.

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Attorney Donna H. Bakalor's Motion to Withdraw (docket no. 97) is GRANTED finding good cause shown.  Ms. Bakalor is withdrawn as counsel of record for Defendant Bank of America, N.A. as Successor by Merger to LaSalle Bank, N.A. , Trustee Under the Pooling Agreement Dated as of February 1, 2007, GSAMP Trust 2007-NC-1.  The Clerk of Court shall remove Attorney Donna H. Bakalor from the CM/ECF electronic notification list.

It is FURTHER ORDERED that Attorney Susan J. Hendrick's Motion to Withdraw (docket no. 98) is GRANTED finding good cause shown.  Ms. Bakalor is withdrawn as counsel of record for Defendant Bank of America, N.A. as Successor by Merger to LaSalle Bank, N.A. , Trustee Under the Pooling Agreement Dated as of February 1, 2007, GSAMP Trust 2007-NC-1.  The Clerk of Court shall remove Attorney Susan J. Hendrick from the CM/ECF electronic notification list.

Date:   May 24, 2011