IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00144-WJM-MJW

MICHAEL D.  RUDNICK, and
ANN K.  SMITH RUDNICK,

Plaintiff(s),

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,
LITTON LOAN SERVICING, LP,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
PUBLIC TRUSTEE OF DENVER COUNTY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　It is hereby ORDERED that Plaintiffs' Motion for Sanctions Against Litton Loan Servicing Under Fed. R. Civ. P. 37(b) & (d), and D.C. COLO. LCivR 30.3 A.4. (docket no. **125**) and Plaintiffs' Motion for Sanctions Against Defendant Bank of America Under Fed. R. Civ. P. 37(b) & (d), and D.C. COLO. LCivR 30.3 A.4. (docket no. **127**) are both DENIED.  See docket no. 132, ruling by this court on Defendants' Motion to Enforce Material Terms of Settlement and for Protective Order.  In docket no. 132, this court has ordered that the parties shall forthwith meet, confer, and set the Rule 30(b)(6) depositions of Bank of America and Litton.

Date:  August 11,  2011