IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00144-WJM-MJW

MICHAEL D. RUDNICK and ANN K. SMITH RUDNICK,

Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, as SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2007, GSAMP TRUST 2007-NC-1;
LITTON LOAN SERVICING, LP;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
PUBLIC TRUSTEE OF DENVER COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,
Defendants.

**UNOPPOSED MOTION FOR ORDER APPROVING
AND IMPLEMENTING SETTLEMENT STIPULATION**

COME NOW Plaintiffs, Michael D. Rudnick and Ann K. Smith-Rudnick ("the RUDNICKS") by and through undersigned Counsel, and submits the following Unopposed Motion for Order Approving Settlement Stipulation:

**CERTIFICATION UNDER D.C. COLO. LCivR 7.1**

The undersigned certifies that he conferred with Counsel for Defendants on this 24th day of October, 2011, and that Counsel for Defendants does not oppose the instant Motion.

1

## MOTION

1. On August 29, 2011, the Parties filed a Joint Status Report and Stipulation Regarding Settlement (ECF No. 149) in which the Parties requested this Court to enter Orders necessary to assure performance of the Stipulation Regarding Settlement. The Parties also agreed, *inter alia*, as a material part of their Settlement Agreement, to comply with the requirements of the Public Trustee (ECF Nos. 119, 119-1) to restore title to the subject property in the Rudnicks and protect Bank of America as Trustee's security interest in the property, and to jointly request that this Court enter Orders necessary to accomplish this purpose. (ECF No. 149 at 2-4).

2. On October 21, 2011, pursuant to the Stipulation Regarding Settlement, the Parties executed a Settlement and Mutual Release Agreement, filed herewith as sealed Exhibit 1, and a Loan Modification Agreement, filed therewith as Exhibit 2, in accord with the terms of the Stipulation Regarding Settlement.

3. The Parties respectfully request that this Court enter an Order Approving and Implementing the Settlement Agreement, specifically Ordering that:

    a. The foreclosure sale held by the Public Trustee for the City and County of Denver for Public Trustee Foreclosure No. 2009-2997 is hereby rescinded. The Certificate of Purchase which was issued to the Bank of America as Trustee on October 22, 2009 and recorded with the Clerk and Recorder of the City and County of Denver at Reception No. 2009141462 on October 27, 2009, and the Public Trustee's Confirmation Deed granted to Bank of America as Trustee on November 18, 2009 and recorded with the Clerk and Recorder of the City and County of Denver at Reception No. 2009151397 on November 18, 2009, are both null and void.

    b. The Public Trustee for the City and County of Denver is Ordered, forthwith, to re-record the voided Public Trustee's Confirmation Deed, along with a copy of this Order voiding said Public Trustee's Confirmation Deed, with the Clerk and Recorder of the City and County of Denver, and to deliver certified

copies of said recording to the legal counsel for the Bank of America as Trustee, and to legal counsel for Michael D. Rudnick and Ann K. Smith Rudnick. Bank of America as Trustee shall remit to the Public Trustee the recording and certification costs prescribed by the Clerk and Recorder.

c.     The Note executed by Michael D. Rudnick and Ann K. Smith Rudnick on November 6, 2006, and the Deed of Trust executed by the Michael D. Rudnick and Ann K. Smith Rudnick on November 6, 2006, and recorded with the Clerk and Recorder of the City and County of Denver at Reception No. 2006188529, are hereby re-instated, and shall both be marked and signed by the Public Trustee for the City and County of Denver as "Reinstated by Order of the Court."

d.     Legal counsel for Bank of America as Trustee shall submit to the Public Trustee a request for withdrawal of the Notice of Election and Demand filed for Foreclosure No. 2009-2997, along with the complete payment of all fees and costs owed and incurred for the above, including a withdrawal fee in the amount authorized by section 38-37-104(1)(b)(V), C.R.S. The Public Trustee shall thereupon record the withdrawal with the Clerk and Recorder for the City and County of Denver, terminating Foreclosure No. 2009-2997; shall deliver the re-instated Note and Deed of Trust to the legal counsel for Bank of America as Trustee; and shall deliver certified copies of the re-instated Note and Deed of Trust to the legal counsel for Michael D. Rudnick and Ann K. Smith Rudnick.

e.     Upon completion of the foregoing, and upon receipt by legal counsel for the Rudnicks, in good funds, of the amount specified in the Stipulation Regarding Settlement, the Parties shall promptly execute the Loan Modification Agreement (ECF No. ___-2).  The Loan Modification Agreement shall then be booked by Defendants and recorded with the Clerk and Recorder of the City and County of Denver, and the Plaintiffs shall tender any monthly payments due under the Loan Modification Agreement.

f.     Upon compliance with the foregoing Orders, the parties shall promptly execute a stipulation for mutual dismissal and release of all claims against parties to this action, including the Public Trustee, and promptly file the same with this Court.

A Proposed Order Approving and Implementing Settlement Agreement, approved as to form by Counsel for all Parties, is filed herewith.

Respectfully submitted this 24th day of October, 2011.

THE GASPER LAW GROUP
*(A duly-signed original is on file at the office of The Gasper Law Group)*

*/s/Stephen A. Brunette*

_____
Stephen A. Brunette
128 S. Tejon Street, Suite 100
Colorado Springs, Colorado 80903
Phone: (719) 227-7779
Fax: (719) 328-0329
stephen@gasperlaw.com
nan@gasperlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2011, I forwarded a true and correct copy of the foregoing via e-mail, to:

David G. Palmer
Jeffrey M. Lippa
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, CO   80202
Telephone:  303-572-6500
Facsimile:  303-572-6540
PalmerDG@gtlaw.com
LippaJ@gtlaw.com
*Attorneys for Defendants Bank of America,*
*Litton Loan Servicing, and MERS*

Patrick A. Wheeler
Assistant City Attorney
201 W. Colfax Ave., Dept. 1207
Denver, CO   80202
Phone:   (720) 913-3275
Fax:       (720) 913 -3180
patrick.wheeler@denvergov.org
*Attorney for Public Trustee*

                                      THE GASPER LAW GROUP
                                      *(A duly-signed original is on file at*
                                      *the office of The Gasper Law Group)*

                                      /s/Stephen A. Brunette
                                      _____
                                      Stephen A. Brunette